IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GULF COAST TAXI ASSOCIATION INC.**                        **PLAINTIFF**

**v.**                                           **CAUSE NO. 1:12CV233 LG-JMR**

**HARRISON COUNTY MOTOR VEHICLE
FOR HIRE COMMISSION and UNNAMED
OFFICERS AND AGENTS THEREOF**                               **DEFENDANT**

<u>**ORDER OF DISMISSAL**</u>

THIS MATTER is before the Court *sua sponte* for consideration of dismissal. Plaintiff Gulf Coast Taxi Association, Inc. is proceeding in this case *pro se*, and was advised by the Court's Order dated July 31, 2012 that a corporation cannot proceed *pro se*, but can appear in a court of record only by an attorney at law. (Order Requiring Corporate Plaintiff to Obtain Counsel, ECF No. 3). The Plaintiff was given an extension of time, until August 31, 2012, to obtain counsel to appear on its behalf. Plaintiff was warned that its failure to make a proper appearance through counsel within the time allowed might result in dismissal of this case. Plaintiff has not responded to the Order.

Fed. R. CIV. P. 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." The Court may also *sua sponte* dismiss the action for failure to prosecute or for failure to comply with a court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). Plaintiff has failed to comply with the Court's Order, and therefore this case should be dismissed pursuant to FED. R. CIV. P. 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 26th day of October, 2012.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge